# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:26-00004-TFM-N |
| | ) |
| **FREDY JOSÉ ARIAS RUIZ,** | ) |
|     **Defendant.** | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, **FREDY JOSÉ ARIAS RUIZ**, by consent appeared along with his counsel of record, Domingo Soto, before the undersigned Magistrate Judge on January 22, 2026, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count One of the Indictment, charging a violation of Title 8, United States Code, Section 1326(a), Illegal Reentry.[1]

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offenses charged in the Indictment are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **FREDY JOSÉ ARIAS RUIZ**, be adjudged guilty and have sentence imposed accordingly.

---

[1] This action is designated as "FAST TRACK." On the record before the undersigned on January 22, 2026, both parties agreed to waive the 14-day objection period.

Defendant's sentencing hearing before Chief United States District Judge Terry F. Moorer is set for **February 26, 2026, at 11:30 a.m. (Central)**, pending the adoption of this Report and Recommendation.

**DONE** this the 22nd Day of January, 2025.

                                        */s/ Katherine P. Nelson*
                                        **KATHERINE P. NELSON**
                                        **UNITED STATES MAGISTRATE JUDGE**