IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:26-cr-4-TFM-N |
| | ) |
| FREDY JOSÉ ARIAS RUIZ | ) |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

On January 22, 2026, the Defendant Fredy José Arias Ruiz, by consent, appeared before the Magistrate Judge, waived an indictment, and entered a plea of guilty to Count One of the Information (Doc. 15) charging a violation of Title 8, United States Code, Section 1326(a), Illegal Reentry. *See* Docs. 16, 17, 18. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 19. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 1 of the Information is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **February 26, 2026 at 11:30 a.m.** under separate Order.

**DONE** and **ORDERED** this 6th day of February, 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE